**DISMISSED; Opinion Filed February 20, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00009-CV

### IN THE INTEREST OF M.G.G., J.O.G. AND E.A.G., CHILDREN

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-53207-2010**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Myers

Before the Court is appellant's unopposed motion to voluntarily dismiss this appeal. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
JUSTICE

190009F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF M.G.G., J.O.G.
AND E.A.G., CHILDREN

No. 05-19-00009-CV

On Appeal from the 417th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 417-53207-2010.
Opinion delivered by Justice Myers,
Justices Osborne and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Elizabeth L. Gustafson recover her costs, if any, of this appeal from appellant John C. Gustafson.

Judgment entered this 20th day of February, 2019.